[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Doris Nichol

Plaintiff

v.

Charles Levy
JP. Morgan Chase Bank

Defendant

6/12/2019

United States District Court
Northern District of Illinois

19CV3975
Judge Dow Jr.
Mag. Judge Schenkier

RECEIVED
JUN 13 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

On this 6 month of June 2019 I got an evection notice from a Sheriff on 2&-2019 I went to court before I got this notice the Judge ask Chase to Representive do she you all am y money the said no one, and mennettime the Judge then do She owe gov associate from Chase J.P. Morgan the answer was No the Judge, saide to me take this paper and find you another lawyer, and then return to court this was difficult because to mutell frounde in case so I went & filed papers the appellet court and the result I never go the letter for the breefing its wa syposed to be sent to my email did not get it. I've bin in mt home No I 30+ years I ask you to issue me Doris Nichols A stay on my property, and att. Charles to pay all cost of money back to me.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Page 1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Doris Nichols

)
)  **United States District Court**
)  **Northern District of Illinois**

**Plaintiff** ) CASE NO:
Charles Levy )
v. ) 16 CH 00298
) 1-18-0456
J.P. Chase Bank ) Reviewing Court No:
Morgan )
**Defendant** )

6-12-2019

# COMPLAINT

I Doris Nichols, a citizen of U State and a resident of Chicago, IL since Sept 1954 13 years of age. Work 35 years in the Job force. High School Grad & 3 years of Jr. College. A mother of 3 sons. I need help to close this case in my favor, I, had a conference meeting with Att. Charles Levy, who I, though I may be able to trust. To go to J.P. Morgan Bank, and see why I had a .01 on my loan, before going to. one of Chase Bank at 83st at Kedzie Ave. I gave here my loan No. 1771336368 She check and said Its, a .01 on your Mortgage is paid. Now this Charles Levy, contact to representive at J.P. Morgan Bank, and the to sell my property. The did for his and there pepose. I have my paper as owner, of my property.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Doris M. Nichols

Page 2

```
KHKT   CC00F865           CHANCERY ELECTRONIC DOCKET              DATE: 05/28/2019

03/06/18 JPMORGAN CHASE BANK N A   BRENNAN DANIEL PATRICK           I01000030
MORTGAGE FORCLOSURE DISPOSED  / SHERIFFS SALE APPROVED

03/06/18 JPMORGAN CHASE BANK N A   BRENNAN DANIEL PATRICK           I01000030
ORDER FOR POSSESSION

05/09/18 JPMORGAN CHASE                                             I01000032
PLACITA AND CERTIFICATION OF TRANSCRIPT OF RECORD FOR APPEAL FILED
99500 JPMORGAN CHASE                 * * * PRO SE * * *

11/06/18 JPMORGAN CHASE BANK N A   APPELLATE COURT                  I01000033
APPELLATE COURT MANDATE - APPEAL DISMISSED              ROOM 2403

                  *** END OF DATA FOR 16-CH-02980 ***


PAGE NO: ____    ACT DATE: _____        F3=RETURN  F7=BACK  F8=FWD  PAUSE/BREAK=EXIT
PAGE  19 OF  19 FOR CASE 16-CH-02980              F9 = APPEAL DETAILS
```